UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| USA | : | |
|     Plaintiff, | : | |
| VS. | : | |
| | | 12CR457 |
| GIOVANNI ARENA | : | |
|     Defendant. | : | **ORDER OF RE-ASSIGNMENT** |
| | : | |
| | : | |

It is on this 3rd day of September, 2013 on the court's own motion:

ORDERED that the above entitled matter is hereby re-assigned from JUDGE JOSEPH E. IRENAS to JUDGE JEROME B. SIMANDLE.

          s/Jerome B. Simandle
          **JEROME B. SIMANDLE, CHIEF JUDGE**